## SOLOMON *v.* SOUTH CAROLINA.

No. 588. Decided December 6, 1965.

*Ellis Lyons* for appellant.

*Daniel R. McLeod,* Attorney General of South Carolina, and *E. N. Brandon,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that the judgment should be reversed on the authority of *Sherbert* v. *Verner,* 374 U. S. 398. And see *McGowan* v. *Maryland,* 366 U. S. 420, 561, 577 (dissenting opinion).

MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted.